# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-00333-FDW

| | |
|---|---|
| PAUL VALDEZ-BEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| FNU CASTALONE, et al., | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Plaintiff's letter [Doc. 5], which the Court construes as a motion to appoint counsel.

In support of the motion to appoint counsel, Plaintiff states that "this case will be over with quick because video shows everything I need in my civil action…." [Doc. 5]. A plaintiff must present "exceptional circumstances" in order to require the Court to seek the assistance of a private attorney for a plaintiff who is unable to afford counsel. Miller v. Simmons, 814 F.2d 962, 966 (4th Cir. 1987). The Plaintiff here has not presented exceptional circumstances that justify appointment of counsel. Therefore, Plaintiff's motion to appoint counsel will be denied.

**IT IS THEREFORE ORDERED** that:

Plaintiff's motion to appoint counsel [Doc. 5] is **DENIED**.

Signed: January 3, 2020

Frank D. Whitney
Chief United States District Judge