UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00333-MR

| | |
|---|---|
| PAUL VALDEZ-BEY, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>FNU CASTALONE, et al., )<br>)<br>      Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's filing. [Doc. 37].

Plaintiff has been repeatedly admonished in the case regarding filing improper documents with the Court. [See Docs. 32, 36]. Recently the Court advised Plaintiff as follows: **"Should Plaintiff file documents in this case in the future that fail to comply with the Clerk's instructions, they will be summarily dismissed and/or stricken."** [Doc. 36]. Plaintiff has again filed an improper document with the Court [Doc. 37] and it will be stricken from the record in this matter in accordance with the Court's previous admonition. The Court will however direct the Clerk to mail Plaintiff a blank summons.

**IT IS, THEREFORE, ORDERED** that Plaintiff's filing [Doc. 37] is hereby **STRICKEN** from the record in this matter.

The Clerk is respectfully instructed to mail Plaintiff a blank summons form.

**IT IS SO ORDERED**.

Signed: April 26, 2021

Martin Reidinger
Chief United States District Judge